UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| KATHERINE GRACE JOHNSON, and ABIGAIL OLIVIA KNOX, | § § § | **Case No. 1:20-cv-17 (lead)** |
| *Plaintiffs*, | § § | Member Case No. 1:20-cv-20 |
| ~v~ | § § § | Judge Travis R. McDonough Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY GOVERNMENT, *et al.*, | § § | **CONSOLIDATED** |
| *Defendants.* | § § | |

## PLAINTIFFS' JOINT NOTICE OF SETTLEMENT

Plaintiffs Katherine Grace Johnson and Abigail Olivia Knox, through counsel, pursuant to E.D. Tenn. L.R. 68.1, hereby give notice to the Court that all matters in controversy in this consolidated case have been compromised and settled, and the parties will file an agreed stipulation signed by the parties who have appeared and remain in this case, or they will submit an agreed order of dismissal pursuant to E.D. Tenn. ECF Rule 4.8, before the date on which the case is set for trial.

        Respectfully submitted,

    By:  /s/ Robin Ruben Flores
        **ROBIN RUBEN FLORES**
        **TENN. BPR #20751**
        **GA. STATE BAR #200745**
          Counsel for Plaintiffs
          4110-A Brainerd Road
          Chattanooga, TN 37411
          423 / 267-1575 fax 267-2703
          robin@robinfloreslaw.com

## CERTIFICATE OF SERVICE

  I certify that I have delivered a copy of this response to all persons noted on the electronic filing receipt and so delivered on the date and time shown on the same receipt.

  By: /s/ Robin Ruben Flores

~ 2 ~